COX FRICKE
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
| khaake@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawai‘i  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| LISA WOODS MUNGER | 3858-0 |
| lmunger@goodsill.com | |
| CHRISTINE A. TERADA | 10004-0 |
| cterada@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai‘i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| William and Keri Pye, Brian and Jacqueline Seidl, Alvaro and Bryanne Salazar, Tremayne and Lela Graf, Tulsa and Benjamin Kirk, Michael and Toni Seward, Cory and April Lentowski, William and Elizabeth Law, Jaime Murphy, Matthew and | CIVIL NO. 1:17-cv-00114<br><br>DEFENDANT FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

| | |
|---|---|
| Deborah Edens, Nathan and Jerrica Malsam,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>　　　　　Defendants. | No Trial Date Set |

**DEFENDANT FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendant Forest City Residential Management, LLC, successor by conversion to Forest City Residential Management, Inc. ("Forest City") files this Corporate Disclosure Statement and hereby discloses as follows:

　　　　A.　Forest City Residential Management, LLC is an Ohio limited liability company wholly owned by Forest City Properties, LLC, an Ohio limited liability company ("FCP"); FCP is wholly owned by Forest City Enterprises, L.P., a Delaware limited partnership ("FCE"); FCE's sole general partner is Forest City Realty Trust, Inc., a Maryland corporation ("FCRT"), and FCE's sole limited partner is FCILP, LLC, a Delaware limited liability company ("FCILP"); and FCILP is wholly owned by FCRT.

2

B. FCRT is a publicly traded corporation on the New York Stock Exchange.

DATED: Honolulu, Hawaiʻi, March 13, 2017.

/s/ Randall C. Whattoff
LISA WOODS MUNGER
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA

Attorneys for Defendant
FOREST CITY RESIDENTIAL
MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| William and Keri Pye, Brian and Jacqueline Seidl, Alvaro and Bryanne Salazar, Tremayne and Lela Graf, Tulsa and Benjamin Kirk, Michael and Toni Seward, Cory and April Lentowski, William and Elizabeth Law, Jaime Murphy, Matthew and Deborah Edens, Nathan and Jerrica Malsam,<br><br>    Plaintiffs,<br><br> vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>    Defendants. | CIVIL NO. 1:17-cv-00114<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on the date indicated below:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| P. Kyle Smith, Esq. | kyle@smithhawaii.law |
| Smith Law | |
| 970 N. Kalaheo Ave., Suite A301 | |
| Kailua, HI 96734 | |
| | |
| Terrance M. Revere, Esq. | terry@revereandassociates.com |
| Malia R. Nickison-Beazley, Esq. | malia@revereandassociates.com |
| Pali Palms Plaza | |
| 970 N. Kalaheo Ave., Suite A301 | |
| Kailua, HI 96734 | |

Attorneys for Plaintiffs

DATED: Honolulu, Hawai'i, March 13, 2017.

/s/ Randall C. Whattoff
LISA WOODS MUNGER
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA

Attorneys for Defendant
FOREST CITY RESIDENTIAL
MANAGEMENT, INC.