COX FRICKE
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX                7520-0
   jcox@cfhawaii.com
RANDALL C. WHATTOFF     9487-0
   rwhattoff@cfhawaii.com
KAMALA S. HAAKE           9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

LISA WOODS MUNGER        3858-0
   lmunger@goodsill.com
CHRISTINE A. TERADA       10004-0
   cterada@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
OHANA MILITARY COMMUNITIES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| William and Keri Pye, Brian and Jacqueline Seidl, Alvaro and Bryanne Salazar, Tremayne and Lela Graf, Tulsa and Benjamin Kirk, Michael and Toni Seward, Cory and April Lentowski, William and Elizabeth Law, Jaime Murphy, Matthew and | CIVIL NO. 1:17-cv-00114 HG-RLP<br><br>DEFENDANT OHANA MILITARY COMMUNITIES, LLC'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

| | |
|---|---|
| Deborah Edens, Nathan and Jerrica Malsam,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>    Defendants. | No Trial Date Set |

# DEFENDANT OHANA MILITARY COMMUNITIES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendant Ohana Military Communities, LLC ("Ohana") files this Corporate Disclosure Statement and hereby discloses as follows:

Ohana is a Hawaii limited liability company. Ohana is managed by its members, Hawaii Military Communities LLC and the United States of America, Department of the Navy.

DATED: Honolulu, Hawai'i, March 14, 2017.

           /s/ Randall C. Whattoff
           LISA WOODS MUNGER
           JOACHIM P. COX
           RANDALL C. WHATTOFF
           KAMALA S. HAAKE
           CHRISTINE A. TERADA

           Attorneys for Defendant
           OHANA MILITARY COMMUNITIES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| William and Keri Pye, Brian and Jacqueline Seidl, Alvaro and Bryanne Salazar, Tremayne and Lela Graf, Tulsa and Benjamin Kirk, Michael and Toni Seward, Cory and April Lentowski, William and Elizabeth Law, Jaime Murphy, Matthew and Deborah Edens, Nathan and Jerrica Malsam,<br><br>        Plaintiffs,<br><br>   vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>        Defendants. | CIVIL NO. 1:17-cv-00114 HG-RLP<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on the date indicated below:

**Served Electronically through CM/ECF:**

P. Kyle Smith, Esq.                        kyle@smithhawaii.law
Smith Law
970 N. Kalaheo Ave., Suite A301
Kailua, HI  96734

Terrance M. Revere, Esq.                   terry@revereandassociates.com
Malia R. Nickison-Beazley, Esq.            malia@revereandassociates.com
Pali Palms Plaza
970 N. Kalaheo Ave., Suite A301
Kailua, HI  96734

Attorneys for Plaintiffs


DATED:  Honolulu, Hawai‘i, March 14, 2017.


/s/ Randall C. Whattoff
LISA WOODS MUNGER
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA

Attorneys for Defendant
OHANA MILITARY COMMUNITIES, LLC